IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMARA BLANCHARD  
   PLAINTIFF

V.     CASE NO. 4:17CV00732 SWW

SYNCHRONY BANK  
   DEFENDANT

## ORDER

Before the Court is the parties' stipulation to arbitrate claims and stay this lawsuit [ECF No. 8].

IT IS THEREFORE ORDERED that by the agreement of the parties, this action is STAYED PENDING ARBITRATION. The Clerk of the Court is directed to administratively terminate this case for reporting purposes. Any party may file a motion to reopen the case and lift the stay within the thirty-day period following the conclusion of the arbitration proceedings.

IT IS SO ORDERED THIS 18TH DAY OF JANUARY, 2018.

/s/ Susan Webber Wright  
UNITED STATES DISTRICT JUDGE