# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| TAMARA BLANCHARD | * | |
|     PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO. 4:17CV00732 SWW |
| | * | |
| | * | |
| SYNCHRONY BANK | * | |
|     DEFENDANT | * | |

## **ORDER**

Before the Court is the parties' stipulation of dismissal with prejudice [ECF No. 10]. IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE, with each side to bear its own costs and fees.

IT IS SO ORDERED THIS 14th DAY OF DECEMBER, 2018.

                                             /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE